Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LUIS BARRIA

vs

NIGAL INCORPORATED, doing business as EXPRESS PAWN; DOMINGA RAMIREZ ZUNIGA, doing business as ZUNIGA ENTERPRISES; DOMINGA RAMIREZ DE ZUNIGA, Trustee of DOMINGA R. DEZUNIGA REVOCABLE TRUST; and Does 1 through 10 inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0897 J WMc**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Thomas J. Vandeveld III, P.O. Box 1764, Bonita, CA 91908-1764

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

K. HAMMERLY

By _____, Deputy Clerk

MAY 21 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)